ORIGINAL 06-587 T

**RULE 7.1 DISCLOSURE STATEMENT**

Unionbancal Corporation is 62% owned by the Bank of Tokyo-Mitsubishi UFJ, Ltd., which in turn is owned by Mitsubishi UFJ Financial Group, Inc., a publicly held company.

FILED
AUG 14 2006
U.S. COURT OF FEDERAL CLAIMS