IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-587 T
(Judge Loren Smith)

UNIONBANCAL CORPORATION
& SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
(Electronically Filed on October 4, 2006)

Pursuant to RCFC 6.1, defendant, the United States, moves for a 45-day enlargement of time, from October 13, 2006, through November 27, 2006, within which to answer or otherwise respond to the complaint filed in the above-captioned case. The complaint was filed on August 14, 2006. This is the first enlargement of time defendant has requested for this purpose.

Plaintiff's counsel has advised that plaintiff does not object to the relief requested.

As good cause for this motion, defendant states that the Internal Revenue Service has informed us that they need additional time to review the voluminous administrative file and formulate their views. At issue in this case is the tax treatment to

be accorded two Lease In/Lease Out ("LILO") arrangements entered into by plaintiff. The Internal Revenue Service has advised plaintiff that it deems these transactions illegal tax shelter schemes.

The Department of Justice needs to review both the IRS' recommendations and the administrative files before preparing an answer or other response to plaintiff's complaint.

WHEREFORE, the defendant prays that this Court grant this motion for enlargement of time, until November 27, 2006, to answer or otherwise respond to these consolidated complaints.

Respectfully submitted,

s/ Joseph A. Sergi

JOSEPH A. SERGI
Attorney of Record
U.S. Department of Justice, Tax Division
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-0868
Facsimile: (202) 307-0054

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section
DAVID N. GEIER
Trial Attorney

s/ David Gustafson
Of Counsel

October 4, 2006