# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * 
UNIONBANCAL CORPORATION & SUBSIDIARIES

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 06-587 T

Senior Judge Smith

Filed: October 5, 2006

**ORDER**

The Court hereby GRANTS Defendant's Unopposed Motion for Enlargement of Time. Defendant shall file and serve its answer on or before November 27, 2006.

It is so ORDERED.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE