IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-587 T
(Judge Loren Smith)

UNIONBANCAL CORPORATION
& SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Joseph A. Sergi as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

Joseph A. Sergi, Esquire
U.S. Department of Justice
Tax Division, Trial Attorney
Post Office Box 683
Ben Franklin Station
Washington, D. C. 20044

Dated: October 5, 2006

s/ Joseph A. Sergi
JOSEPH A. SERGI, ESQUIRE
Justice Department (Tax)
Telephone: (202) 305-0868
Fax: (202) 307-0054