# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| UNIONBANCAL CORPORATION<br>& SUBSIDIARIES | |
| *Plaintiff,* | Case No. 06-587 T |
| v. | Senior Judge Smith |
| THE UNITED STATES, | Filed: January 22, 2007 |
| *Defendant.* | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The Court hereby SCHEDULES a telephone status conference for Friday, February 9, 2007, at 11:30 a.m. EST to discuss the Joint Preliminary Status Report.

It is so ORDERED.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE