# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| UNIONBANCAL CORPORATION | * | |
| & SUBSIDIARIES | * | |
| | * | |
| *Plaintiff,* | * | |
| | * | Case No. 06-587 T |
| v. | * | |
| | * | Senior Judge Smith |
| THE UNITED STATES, | * | |
| | * | Filed: February 7, 2007 |
| *Defendant.* | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

The Court hereby RESCHEDULES the telephone status conference previously scheduled for Friday, February 9, 2007 at 11:30 a.m. E.S.T. to Tuesday, February 20, 2007 at 11:30 a.m. E.S.T. to discuss the Joint Preliminary Status Report.

It is so ORDERED.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE