# In the United States Court of Federal Claims

| | | |
|---|---|---|
| UNIONBANCAL CORPORATION & SUBSIDIARIES, *Plaintiff,* | * | Case No. 06-587 T |
| v. | * | Senior Judge Smith |
| THE UNITED STATES, *Defendant.* | * | Filed: February 20, 2007 |

**DISCOVERY SCHEDULING ORDER**

Pursuant to the telephone status conference held on February 20, 2007, fact discovery shall be concluded by December 20, 2007. Expert discovery shall be concluded by February 20, 2008. The Court further SCHEDULES a telephone status conference for Wednesday, June 20, 2007 at 3:00 p.m.

It is so ORDERED.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE