# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| UNIONBANCAL CORPORATION & SUBSIDIARIES | * | |
| *Plaintiff,* | * | Case No. 06-587 T |
| v. | * | Senior Judge Smith |
| THE UNITED STATES, | * | Filed: May 30, 2007 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **RESCHEDULES** the telephone status conference previously set for Wednesday, June 20, 2007 at 3:00 p.m. to Thursday, June 21, 2007 at 11:30 a.m.

It is so **ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE