**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNIONBANCAL CORPORATION & SUBSIDIARIES,** | ) | |
| **Plaintiff,** | ) | **No. 06-587 T** |
| **v.** | ) | **Judge Loren A. Smith** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION TO SUBSTITUTE ATTORNEY OF RECORD**

Thomas C. Durham
Attorney of Record
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Dr.
Chicago, IL 60606
Counsel for Plaintiff
Telephone: (312) 701-7216
Facsimile: (312) 706-9187

Of Counsel:
David F. Abbott
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 506-2642
Facsimile: (212) 849-5642

Thomas Kittle-Kamp
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Dr.
Chicago, IL 60606
Counsel for Plaintiff
Telephone: (312) 701-7028
Facsimile: (312) 706-9197

## PLAINTIFF'S MOTION TO SUBSTITUTE ATTORNEY OF RECORD

Pursuant to Rule of the United States Court of Federal Claims 83.1(c)(4), UnionBanCal & Subsidiaries ("UBOC") moves the Court for an order allowing UBOC to substitute David F. Abbott of Mayer, Brown, Rowe & Maw LLP for Thomas C. Durham also of Mayer, Brown, Rowe & Maw LLP as the attorney of Record for UBOC. In support thereof, UBOC respectfully shows the Court as follows:

1. The undersigned has been of counsel for UBOC during the pendency of this proceeding and is therefore familiar with all proceedings, motions and pleadings before the Court to date.

2. Both the undersigned and Thomas C. Durham are members of the firm Mayer, Brown, Rowe & Maw, LLP.

3. UBOC fully consents to this substitution.

4. Thomas C. Durham fully consents to the substitution.

WHEREFORE, the undersigned requests that the Court enter an Order allowing substitution of David F. Abbott for UBOC's Attorney of Record. A proposed form of Order granting this motion to substitute attorneys is being submitted for the Court's consideration.

Submitted this the 14th day of June, 2007.

/s/ David F. Abbott
David Abbott
Counsel for Plaintiff
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 506-2642
Facsimile: (212) 849-5642

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNIONBANCAL CORPORATION & SUBSIDIARIES,** | ) | |
| **Plaintiff,** | ) | **No. 06-587 T** |
| **v.** | ) | **Judge Loren A. Smith** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT OF DAVID F. ABBOTT
IN SUPPORT OF APPOINTMENT AS
ATTORNEY OF RECORD FOR THE PLAINTIFF**

I, David F. Abbott, hereby declare and certify pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the bar of the Court of Federal Claims and have been appointed as the Attorney of Record for UnionBanCal Corporation & Subsidiaries ("UBOC") in the above-captioned proceeding. I submit this Affidavit in support of UBOC's Motion to Substitute Attorney of Record.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 14, 2007

/s/ David F. Abbott

David F. Abbott
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 506-2642
Facsimile: (212) 849-5642
dabbott@mayerbrownrowe.com

Attorney for Plaintiff

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNIONBANCAL CORPORATION & SUBSIDIARIES,** | ) | |
| **Plaintiff,** | ) | **No. 06-587 T** |
| **v.** | ) | **Judge Loren A. Smith** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT OF THOMAS C. DURHAM
IN SUPPORT OF APPOINTMENT OF DAVID F. ABBOTT
AS ATTORNEY OF RECORD FOR THE PLAINTIFF**

I, Thomas C. Durham, hereby declare and certify pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the bar of the Court of Federal Claims and consent to the substitution of David F. Abbott as the Attorney of Record for UnionBanCal Corporation & Subsidiaries ("UBOC") in the above-captioned proceeding. I submit this Affidavit in support of UBOC's Motion to Substitute Attorney of Record.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 14, 2007

/s/ Thomas C. Durham
Thomas C. Durham
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 701-7216
Fax: (312) 706-9187
tdurham@mayerbrownrowe.com

Attorney for Plaintiff

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNIONBANCAL CORPORATION & SUBSIDIARIES** | ) | **No. 06-587 T** **Judge Loren A. Smith** |
| **Plaintiff,** | ) | **ORDER TO SUBSTITUTE ATTORNEY OF RECORD** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

CAME ON FOR CONSIDERATION THE MOTION TO SUBSTITUTE ATTORNEY OF RECORD in the above-captioned proceeding. The Court, having considered the Motion, is of the opinion that it is meritorious and should be GRANTED. It is, therefore,

ORDERED that David F. Abbott be substituted as the Attorney of Record for UnionBanCal Corporation & Subsidiaries, Plaintiff.

This the __th day of June, 2007.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June, 2007, a copy of the foregoing Plaintiff's Motion to Substitute Attorney of Record was served via electronic means, on the following:

Joseph A. Sergi
U.S. Dep't of Justice
Tax Division
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-0868
Fax: (202) 307-0054
*Counsel for Defendant*

/s/ David F. Abbott
David F. Abbott
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 506-2642
Facsimile: (212) 849-5642