# In the United States Court of Federal Claims

| | |
|---|---|
| UNIONBANCAL CORPORATION & SUBSIDIARIES, | |
| *Plaintiff,* | Case No. 06-587 T |
| v. | Senior Judge Smith |
| THE UNITED STATES, | Filed: June 20, 2007 |
| *Defendant.* | |

**ORDER**

The Court hereby GRANTS Plaintiff's Unopposed Motion to Substitute Attorney of Record, substituting David F. Abbott for Thomas C. Durham as the Attorney of Record for UnionBanCal Corporation & Subsidiaries, Plaintiff.

It is so ORDERED.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE