# In the United States Court of Federal Claims

| | | |
|---|---|---|
| UNIONBANCAL CORPORATION & SUBSIDIARIES, *Plaintiff,* | * | Case No. 06-587 T |
| v. | * | Senior Judge Smith |
| THE UNITED STATES, *Defendant.* | * | Filed: June 21, 2007 |

## ORDER

The Court hereby **SCHEDULES** a telephone status conference for Wednesday, February 20, 2008 at 3:00 p.m. to discuss the status of the litigation.

It is so **ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE