**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNIONBANCAL CORPORATION & SUBSIDIARIES,** | ) | |
| **Plaintiff,** | ) | **No. 06-587 T** |
| **v.** | ) | **Judge Loren A. Smith** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PARTIES' JOINT STIPULATED PROPOSED SCHEDULING ORDER**

The parties respectfully submit this Joint Stipulated Proposed Scheduling Order, as discussed in general terms during the status conference with the Court on June 21, 2007. The parties respectfully request that the Court Order the following agreed schedule:

1. All fact discovery, including all fact depositions, shall end on May 30, 2008.

2. The parties will simultaneously exchange all expert reports on June 20, 2008. The parties will simultaneously exchange all expert rebuttal reports on July 3, 2008. All expert discovery, including all expert depositions, shall end on August 1, 2008.

3. The parties request a status teleconference on or about May 21, 2008, to discuss the status of discovery.

The parties are currently working on the proposed parameters of electronic discovery in this matter.

Respectfully submitted this 19th day of December, 2007.

/s/ David F. Abbott
David F. Abbott
Attorney of Record
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
Tel: (212) 506-2642
Fax: (212) 849-5642

Thomas Kittle-Kamp
Gary S. Colton, Jr.
Matthew C. Houchens

MAYER BROWN LLP
71 South Wacker Dr.
Chicago, IL 60606
Attorneys for Plaintiff

/s/ Joseph A. Sergi
Joseph A. Sergi
Attorney of Record

David N. Geier
Adam Smart
Trial Attorneys, Tax Division
U.S. DEPARTMENT OF JUSTICE
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-3448
Fax: (202) 307-0054

Richard T. Morrison
Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section

/s/ Steven I. Frahm
Steven I. Frahm
Asst. Chief, Court of Federal Claims Section
Attorneys for Defendant