# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

UNIONBANCAL CORPORATION & SUBSIDIARIES,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 06-587 T

Senior Judge Smith

Filed: January 2, 2008

**SCHEDULING ORDER**

Pursuant to the parties' joint stipulated proposed scheduling order, the Court hereby **SCHEDULES** the following.

1. All fact discovery, including fact depositions shall end on May 30, 2008.

2. The parties will simultaneously exchange all expert reports on June 20, 2008. The parties will submit all expert rebuttal reports on July 3, 2008. All expert discovery, including all expert depositions shall end on August 1, 2008.

3. The telephone status conference previously set for Wednesday, February 20, 2008 at 3:00 p.m. is **CANCELED**. The Court hereby **RESCHEDULES** the telephone status conference for Wednesday, May 21, 2008 at 3:00 p.m. to discuss the status of the litigation.

It is so **ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE