**No. 06-587**
**(Judge Loren A. Smith)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**UNIONBANCAL CORPORATION & SUBSIDIARIES**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**

**UNITED STATES' REQUEST FOR LEAVE TO SUPPLEMENT ITS REPLY IN SUPPORT OF ITS MOTION FOR ENLARGEMENT OF DISCOVERY PERIOD AND RELATED DEADLINES AND PROPOSED SUPPLEMENT**

## REQUEST FOR LEAVE

Because events bearing on Defendant's requested extension of discovery deadlines have occurred after its recent Reply (Dkt # 21) offered in support of its Motion for Extension of the Discovery Period (Dkt # 19), Defendant now requests leave to supplement. The proposed supplementation is as follows:

## PROPOSED SUPPLEMENT

On April 10, 2008, Defendant served its Second Request for Production, requesting, among other items, information pertaining to five lease transactions entered into by Plaintiff during approximately the same time period as the two LILO transactions at issue in this case. Defendant requested this information to help establish that Plaintiff did not evaluate and monitor its LILO transactions in the same manner as its conventional leveraged lease transactions. The

LILOs, unlike the Plaintiff's other leases, were not entered into for a business profit independent of federal tax savings. The documents were to be provided today, May 13, 2008.

On May 5, 2008, Defendant finalized the scheduling of the depositions of three employees of Plaintiff who were responsible for monitoring the LILO transactions and specifically confirmed to Plaintiff that the information requested in discovery would be necessary to conduct these depositions. On May, 7, 2008, Plaintiff's counsel represented that he anticipated Plaintiff would comply. Nevertheless, and without any further communication, on May 13, 2008, Plaintiff stated that it would notproduce any documents that date but that it would agree to provide copies or access to some responsive documents at an unspecified future date.

Since the information defendant has requested and was advised would be provided today is important to the effective conduct of the scheduled depositions, Defendant is working with the Plaintiff to reschedule these depositions after the information is actually produced. However, Plaintiff is unable to provide an estimate of when this may occur. This further delays Defendant's completion of discovery and is further support for its motion for an enlargement of time.

WHEREFORE, for these reasons, and those set forth in its initial motion and reply, Defendant requests the Court extend the discovery period and related deadlines for six months.

Respectfully submitted,

/s/ Joseph A. Sergi
JOSEPH A. SERGI
Attorney of Record
U.S. Department of Justice, Tax Division
Post Office Box 26, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-0868
Facsimile: (202) 307-0054

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

DAVID N. GEIER
ADAM R. SMART
CAROLINE A. NEWMAN
Trial Attorneys

/s/ Steven I . Frahm

May 13, 2008 Of Counsel