**No. 06-587**
**(Judge Loren A. Smth)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**UNIONBANCAL CORPORATION & SUBSIDIARIES**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**

**UNITED STATES' UNOPPOSED MOTION FOR ENTRY OF ORDER APPROVING NON-PARTY PROPOSED PROTECTIVE ORDERS**

The United States of America, by and through its undersigned counsel, hereby submits this unopposed motion requesting the entry of an order adopting and approving two proposed non-party agreed protective orders, copies of which are annexed as Exhibits A and B. The entry of these protective orders is requested by third parties BTMU Trust Company, BTMU Financial Advisors, Inc., BTMU Funding Corporation, and BTMU Capital Corporation pursuant to subpoenas *duces tecum* issued by the United States. Plaintiff, Defendant, and the third parties, the BTMU entities identified above, have agreed to the terms, subject to the Court's approval.

WHEREFORE the United States requests that this Court issue an Order adopting and approving the non-party agreed protective orders annexed as Exhibits A and B.

Respectfully submitted,

/s/ Joseph A. Sergi
JOSEPH A. SERGI
Attorney of Record
U.S. Department of Justice, Tax Division
Post Office Box 26, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-0868
Facsimile: (202) 307-0054
NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section
DAVID N. GEIER
ADAM R. SMART
CAROLINE A. NEWMAN
Trial Attorneys

/s/ David Gustafson
Of Counsel

May 16, 2008