# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
UNIONBANCAL CORPORATION & SUBSIDIARIES
*Plaintiff,*
v.
THE UNITED STATES,
*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 06-587 T

Senior Judge Smith

Filed: May 27, 2008

**ORDER**

Pursuant to the status conference held on May 21, 2008, the Court hereby **ORDERS** the parties to confer and propose a mutual litigation schedule including trial dates and dates for filing post trial briefs on or before June 18, 2008. In the event the parties cannot agree to a schedule, the parties shall file an individual comprehensive litigation schedule. The Court **SCHEDULES** a telephone status conference for Thursday, June 19, 2008 at 2:00 p.m. to discuss the litigation schedule.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE