# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| UNIONBANCAL CORPORATION | * |
| & SUBSIDIARIES | * |
| | * |
| *Plaintiff,* | * |
| | * Case No. 06-587 T |
| v. | * |
| | * Senior Judge Smith |
| THE UNITED STATES, | * |
| | * Filed: June 3, 2008 |
| *Defendant.* | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The Court hereby GRANTS Defendant's Unopposed Motion for Entry of Order Approving Non-Party Proposed Protective Orders annexed as Exhibits A and B. The Court hereby **ADOPTS** and **APPROVES** the non-party agreed protective orders.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE