**No. 06-587**
**(Judge Loren A. Smth)**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**UNIONBANCAL CORPORATION & SUBSIDIARIES**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**

**UNITED STATES' UNOPPOSED MOTION FOR ENTRY OF ORDER APPROVING NON-PARTY PROPOSED PROTECTIVE ORDER**

The United States of America, by and through its undersigned counsel, hereby submits this unopposed motion requesting the entry of an order adopting and approving a proposed non-party agreed protective order, a copy of which is annexed as Exhibit A. The entry of this protective orders is requested by a third party, Babcock & Brown LP pursuant to a subpoena *duces tecum* issued by the United States. Plaintiff, Defendant, and the third party, Babcock & Brown LP, have agreed to the terms, subject to the Court's approval.

WHEREFORE the United States requests that this Court issue an Order adopting and approving the non-party agreed protective order annexed as Exhibit A.

Respectfully submitted,

/s/ Joseph A. Sergi
JOSEPH A. SERGI
Attorney of Record
U.S. Department of Justice, Tax Division
Post Office Box 26, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-0868
Facsimile: (202) 307-0054
NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section
DAVID N. GEIER
ADAM R. SMART
CAROLINE A. NEWMAN
Trial Attorneys

/s/ Steven I. Frahm
Of Counsel

June 4, 2008