# In the United States Court of Federal Claims

| | | |
|---|---|---|
| UNIONBANCAL CORPORATION & SUBSIDIARIES, *Plaintiff,* | * | Case No. 06-587 T |
| v. | * | Senior Judge Smith |
| THE UNITED STATES, *Defendant.* | * | Filed: June 10, 2008 |

**ORDER**

The Court hereby **GRANTS** Defendant's Unopposed Motion for Entry of Order Approving Non-Party Proposed Protective Order. The Court **ADOPTS** the proposed order attached to Defendant's Motion as Exhibit A.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE