# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
UNIONBANCAL CORPORATION & SUBSIDIARIES,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 06-587 T

Senior Judge Smith

Filed: June 20, 2008

**SCHEDULING ORDER**

The Court hereby **ADOPTS IN PART** Defendant's Proposed Litigation Schedule.

1. All fact discovery, including all fact depositions, shall end on 9/30/08.

2. The parties will simultaneously exchange all expert reports on 11/14/08. The parties will simultaneously exchange all expert rebuttal reports on 12/15/08. All expert discovery, including all expert depositions, shall end of 1/21/09.

3. The parties will attempt to prepare a comprehensive stipulation of facts by 2/20/09. If the parties are unable to reach a stipulation of facts, the parties will inform the Court by that date.

4. Summary judgment motions shall be filed on or before 3/20/09. Any opposition shall be filed on or before 4/24/09, and any reply shall be filed by 5/15/09.

5. The pre-trial hearing and trial date shall be set after the motions for summary judgment have been filed.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE