# In the United States Court of Federal Claims

| | | |
|---|---|---|
| UNIONBANCAL CORPORATION & SUBSIDIARIES, *Plaintiff,* | * | |
| v. | * | Case No. 06-587 T |
| THE UNITED STATES, *Defendant.* | * | Senior Judge Smith<br>Filed: August 18, 2008 |

**ORDER**

Upon representation from Plaintiff's counsel that it does not object, the Court hereby GRANTS Defendant's Motion for Protective Order. Plaintiff is not entitled to the discovery of the unredacted portions of the Appeals Settlement Guidelines sought in Request for Production Number 13.

It is so **ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE