# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNIONBANCAL CORPORATION & SUBSIDIARIES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 06-587 T<br><br>Judge Loren A. Smith |

## PLAINTIFF'S UNOPPOSED MOTION FOR A DEFERMENT OF PROCEEDINGS

Plaintiff, UnionBanCal Corporation & Subsidiaries ("UBOC"), respectively submits this Unopposed Motion for a Deferment of Proceedings (the "Motion"). Plaintiff has conferred with Defendant, and Defendant does not object to the relief requested by this Motion.

The parties agreed on August 29, 2008, subject to the Court's approval, to a "standstill" of proceedings, whereby the taking of depositions and discovery activity would be frozen through October 5, 2008. During the standstill period, no new discovery would be issued, no depositions would be taken, and responses to existing discovery requests would be extended by 35 days. The parties agreed, subject to the Court's approval, to the following schedule:

| | Old Date | New Date | Day of Week |
|---|---|---|---|
| Fact Discovery Ends | 09/30/08 | 11/07/08 | Friday |
| Exchange Expert Reports | 11/14/08 | 01/09/09 | Friday |
| Rebuttal Reports | 12/15/08 | 02/06/09 | Friday |
| Expert Discovery Ends | 01/21/09 | 02/27/09 | Friday |
| Stipulation | 02/20/09 | 03/27/09 | Friday |
| Summary Judgment Motion | 03/20/09 | 04/24/09 | Friday |
| Opposition to Summary Judgment Motion | 04/24/09 | 05/29/09 | Friday |
| Reply to Opposition to Summary Judgment Motion | 05/15/09 | 06/26/09 | Friday |

Though fact discovery shall end on November 7, 2008, with respect to any third-party witnesses currently under subpoena for deposition or already having agreed to appear for deposition during the month of September 2008, if the United States is unable to secure such witnesses' deposition during the period from October 6, 2008 through November 7, 2008, the United States shall be permitted to take such depositions subsequent to November 7, 2008.

Wherefore, Plaintiff requests that the Court adopt the trial schedule and deferment of discovery due dates agreed to by the parties.

Dated: September 5, 2008

Respectfully submitted by:

DAVID F. ABBOTT
Attorney of Record
Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820
Telephone: (212) 506-2642

By: ______________________

GARY S. COLTON, JR.
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-7928

CERTIFICATE OF SERVICE

I, Gary S. Colton, Jr. hereby certify that on this 5th day of September, 2008, I caused the foregoing **Plaintiff's Unopposed Motion for a Deferment of Proceedings** to be served upon the United States of America by overnight courier and by electronic delivery, to the following:

Joseph A. Sergi
U.S. Department of Justice, Tax Division
Room 7923, Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20001
Joseph.A.Sergi@usdoj.gov

GARY S. COLTON, JR.
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-7928