# In the United States Court of Federal Claims

| | | |
|---|---|---|
| UNIONBANCAL CORPORATION & SUBSIDIARIES, *Plaintiff,* | | |
| | | Case No. 06-587 T |
| v. | | Senior Judge Smith |
| THE UNITED STATES, *Defendant.* | | Filed: September 8, 2008 |

## ORDER

The Court hereby **GRANTS** the Plaintiff's Unopposed Motion for Deferment of Proceedings. Pursuant to the Motion fact discovery shall be concluded by November 7, 2008. Expert reports shall be exchanged by January 9, 2009 and rebuttal reports by February 6, 2009. Expert discovery shall be concluded by February 27, 2009. Any stipulations shall be filed by March 27, 2009. Summary Judgment motions shall be filed on or before April 24, 2009; opposition thereto on May 29, 2009 and any reply by June 26, 2009. The Court will schedule oral argument after the reply is filed.

It is so ORDERED.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE