# In The United States Court of Federal Claims

No. 06-587T

(Filed: June 24, 2011)
_____

UNIONBANCAL CORPORATION
& SUBSIDIARIES,

                Plaintiff,

     v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**
_____

On June 20, 2011, this case was transferred to the undersigned judge. On or before July 8, 2011, the parties shall file a joint status report indicating how this case should proceed, with commentary, as appropriate, on the application of *Wells Fargo & Co. v. United States*, 2011 WL 1437923 (Fed. Cir. Apr. 15, 2011), to this case.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge