# In The United States Court of Federal Claims

No. 06-587T

(Filed: July 13, 2011)

_____

UNIONBANCAL CORPORATION
& SUBSIDIARIES,

                Plaintiff,

    v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      A status conference will be held in this case on Wednesday, July 27, 2011, at 10:00 a.m. (EDT) in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby of the courthouse on the day of the conference.

    **IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge