# In The United States Court of Federal Claims

No. 06-587T

(Filed:  July 27, 2011)

_____

UNIONBANCAL CORPORATION
& SUBSIDIARIES,

      Plaintiff,

v.

THE UNITED STATES,

      Defendant.


_____

**ORDER**

_____

   Today, a status conference was held in this case.  Participating in the conference were David Farrington Abbott, for plaintiff, and Joseph Andrew Sergi, for defendant.  Pursuant to discussions during the conference, the court adopts the following schedule:

1.  On or before November 9, 2011, the parties shall have the Meeting of Counsel and exchange exhibits and information on witnesses, including expert witnesses, to be used at trial.  *See* RCFC, Appendix A, ¶ 13(a) and (b);

2.  On or before December 9, 2011, plaintiff shall file:

   i.  Its Memorandum of Contentions of Fact and Law, containing a summary of plaintiff's basic factual contentions, together with any applicable legal authority.  *See* Appendix A, ¶ 14(a);

   ii.  A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15(a); and

   iii.  A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

3.       On or before January 13, 2012, defendant shall file:

      i.      Its response to plaintiff's Memorandum of Contentions of Fact and Law.  *See* Appendix A, ¶ 14(b);

      ii.     A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15; and

      iii.    A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

4.       A pre-trial conference will be held on February 16, 2012, at 2 p.m. (EST). The court will contact the parties at a later time to determine whether the conference will be held telephonically or at the United States Court of Federal Claims; and

5.       Trial in this case will commence at 10:00 a.m. (EST) on Monday, March 12, 2012, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 2005.  The courtroom location will be posted in the lobby on the day of trial. Subsequent days of trial will begin at 9:30 a.m. (EST), unless otherwise ordered.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge