# In The United States Court of Federal Claims

No. 06-587T

(Filed:  December 23, 2011)

_____

UNIONBANCAL CORPORATION
& SUBSIDIARIES,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

     The pre-trial conference that was originally scheduled for February 16, 2012, has been rescheduled to February 22, 2012, at 2:00 p.m. (EST).  Chambers will contact the parties at a later time to determine whether the conference will be held telephonically or at the United States Court of Federal Claims.

     **IT IS SO ORDERED.**

                                       s/ Francis M. Allegra
                                       Francis M. Allegra
                                       Judge