# In The United States Court of Federal Claims

No. 06-587T

(Filed: January 10, 2012)

_____

UNIONBANCAL CORPORATION
& SUBSIDIARIES,

                        Plaintiff,

                    v.

THE UNITED STATES,

                        Defendant.

_____

**ORDER**

_____

On January 9, 2012, plaintiff filed a motion requesting that a status conference be held to discuss issues raised by the court's denial of plaintiff's motion for leave to file an amended complaint. On or before January 17, 2012, defendant shall file a response to plaintiff's motion.

**IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge