# In The United States Court of Federal Claims

No. 06-587T

(Filed: January 18, 2012)

_____

UNIONBANCAL CORPORATION
& SUBSIDIARIES,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Thursday, January 26, 2012, at 10:00 a.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge