# In The United States Court of Federal Claims

No. 06-587T

(Filed: January 30, 2012)

_____

UNIONBANCAL CORPORATION
& SUBSIDIARIES,

           Plaintiff,

v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

On January 27, 2012, plaintiff filed an unopposed motion for authorization of service of a subpoena more than 100 miles from the location of trial. The court finds that plaintiff has shown good cause and plaintiff's motion is hereby **GRANTED**.

Pursuant to RCFC 45(b)(2)(D), plaintiff is authorized to issue subpoenas compelling the following proposed trial witnesses to travel more than 100 miles to testify at the trial in this matter, which is scheduled to commence on March 12, 2012, in Washington, D.C.:

1. Richard Ellsworth, Deloitte & Touche;
2. Austin Godfrey, Deloitte & Touche;
3. Louis Gonzalez, Duke Engineering;
4. Kerry King, BTMCC;
5. Linda Landucci, UnionBanCal;
6. Michael Lewicki, BTMCC;
7. Lance Markowitz, UnionBanCal;
8. Steven Spain, Duke Engineering; and
9. William Sweeney, City of Anaheim.

**IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge