# In The United States Court of Federal Claims

No. 06-587T

(Filed: February 7, 2012)

_____

UNIONBANCAL CORPORATION
& SUBSIDIARIES,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On February 1, 2012, plaintiff filed a motion *in limine* to overrule defendant's objections to plaintiff's trial exhibits. Plaintiff's motion is hereby **DENIED**, without prejudice. The court will resolve this issue at the pretrial conference.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge