# In The United States Court of Federal Claims

No. 06-587T

(Filed:  February 7, 2012)

_____

UNIONBANCAL CORPORATION
& SUBSIDIARIES,

                         Plaintiff,

          v.

THE UNITED STATES,

                         Defendant.


_____

**ORDER**

_____

On February 1, 2012, plaintiff filed a motion *in limine* to strike portions of Paul Bent's expert rebuttal report.  Plaintiff's motion is hereby **DENIED**.  Plaintiff's objections go to weight, not admissibility.

**IT IS SO ORDERED.**


s/ Francis M. Allegra_____
Francis M. Allegra
Judge