# In The United States Court of Federal Claims

No. 06-587T

(Filed:  February 8, 2012)

_____

UNIONBANCAL CORPORATION
& SUBSIDIARIES,

                        Plaintiff,

        v.

THE UNITED STATES,

                        Defendant.


_____

**ORDER**

_____


        A pre-trial conference will be held in this case on Wednesday, February 22, 2012, at 2:00 p.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 2005. The courtroom location will be posted in the lobby on the day of the conference.

        **IT IS SO ORDERED.**


                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge