# In The United States Court of Federal Claims

No. 06-587T

(Filed: February 16, 2012)

_____

UNIONBANCAL CORPORATION
& SUBSIDIARIES,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On January 13, 2012, defendant filed a list of witnesses it may call to testify at the trial of this case. On or before February 17, 2012, defendant shall re-file its witness list with estimated time needed for the direct examination of each witness listed, as required by RCFC App. A, Para. 15.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge