# In The United States Court of Federal Claims

No. 06-587T

(Filed: March 22, 2012)

_____

UNIONBANCAL CORPORATION
& SUBSIDIARIES,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On March 12, 2012, through March 21, 2011, the court held trial in this case in Washington, D.C. During the trial, the court received into evidence thousands of exhibits, many of which were not specifically referenced during testimony. In an effort to eliminate exhibits that are unnecessary to the rendering of a decision in this matter, the court orders as follows:

1. On or before April 11, 2012, the parties shall exchange with each other lists of exhibits from their own case that are candidates to be withdrawn from the evidence in this matter; and

2. On or before April 16, 2012, each party shall submit a list of exhibits (if any) that may be withdrawn from the evidence in this matter.

**IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge