# In The United States Court of Federal Claims

No. 06-587T

(Filed: May 4, 2012)

_____

UNIONBANCAL CORPORATION
& SUBSIDIARIES,

                        Plaintiff,

                 v.

THE UNITED STATES,

                        Defendant.

_____

**ORDER**

_____

On March 12, 2012, through March 21, 2011, the court held trial in this case in Washington, D.C.  Proof in this case is now closed.

**IT IS SO ORDERED.**

                                                   s/ Francis M. Allegra
                                                   Francis M. Allegra
                                                   Judge