# In The United States Court of Federal Claims

No. 06-587T

(Filed:  May 4, 2012)
_____

UNIONBANCAL CORPORATION
& SUBSIDIARIES,

                              Plaintiff,

        v.

THE UNITED STATES,

                              Defendant.

_____

**ORDER**
_____

       As agreed upon by the parties at the close of trial, post-trial briefing in this case is hereby ordered as follows:

1.      On or before July 3, 2012, the parties shall simultaneously file post-trial briefs of no more than 200 pages each;

2.      On or before August 17, 2012, the parties shall simultaneously file replies to the initial post-trial briefs of no more than 100 pages each; and

3.      After replies have been filed, the court will contact the parties to arrange a date for closing argument.

**IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge