# In The United States Court of Federal Claims

No. 06-587T

(Filed: October 3, 2012)

_____

UNIONBANCAL CORPORATION
& SUBSIDIARIES,

                Plaintiff,

        v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

    Closing argument will be held in this case on Wednesday, December 12, 2012, at 2:00 p.m. (EST), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the closing argument.

    **IT IS SO ORDERED.**

                                                     s/ Francis M. Allegra
                                                     Francis M. Allegra
                                                     Judge