# In The United States Court of Federal Claims

No. 06-587T

(Filed: January 14, 2013)

_____

UNIONBANCAL CORPORATION
& SUBSIDIARIES,

            Plaintiff,

v.

THE UNITED STATES,

            Defendant.

_____

**ORDER**

_____

On January 9, 2013, the Federal Circuit decided *Consolidated Edison v. United States*, 2013 WL 93110 (Fed. Cir. Jan. 9, 2013). On or before February 12, 2013, each party shall file a supplemental brief, not to exceed 10 pages, on *Consolidated Edison's* impact on this case.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge