# In The United States Court of Federal Claims

No. 06-587T

(Filed: December 16, 2013)

_____

UNIONBANCAL CORPORATION
& SUBSIDIARIES,

               Plaintiff,

v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

On December 13, 2013, the parties filed a joint stipulation for entry of an order awarding costs to defendant. The Clerk is hereby ordered to award costs to defendant in the amount of $16,277.75 for trial transcript costs, $4,163.75 for post-trial electronic brief costs, $23,003.22 for deposition costs, $3,587.00 for copying costs, and $4,249.89 for witness fees.

   **IT IS SO ORDERED.**

                                               s/ Francis M. Allegra
                                               Francis M. Allegra
                                               Judge